UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUZAN MENDOZA, individually and
on behalf of all others similarly situated,
            Plaintiff(s),

Case No. 4:13-cv-01553-PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

UNITEDHEALTH GROUP
INCORPORATED, et al.
            Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/28/13

*Thomas P Meehan*
for MD247.com, Inc.

Dated: 6/28/13

s/ Esteban Morales
Joshua Briones
Esteban Morales
Attorneys for MD247.com, Inc.

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05