1 PERRIE M. WEINER (SBN 134146)
perrie.weiner@dlapiper.com
2 JOSHUA M. BRIONES (SBN 205293)
joshua.briones@dlapiper.com
3 ESTEBAN MORALES (SBN 273948)
esteban.morales@dlapiper.com
4 **DLA PIPER LLP (US)**
2000 Avenue of the Stars
5 Suite 400 North Tower
Los Angeles, CA  90067-4704
6 Telephone:  310.595.3000
Facsimile:  310.595.3300
7
Attorneys for Defendant
8 MD247.COM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SUZAN MENDOZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation; OPTUM, INC., a Delaware corporation; HEALTHALLIES, INC., a Delaware corporation; and MD247.COM, INC., a Florida corporation<br><br>Defendants. | CASE NO.  13-cv-01553-PJH<br><br>**STIPULATION TO EXTEND ALL CASE DEADLINES**<br><br>Honorable Phyllis J. Hamilton |

DLA Piper LLP (US)

WEST\244014897.1

-1-

Plaintiff Suzan Mendoza ("Plaintiff"), Defendant MD247.com, Inc. ("MD247"), Defendants UnitedHealth Group Incorporated, Optum, Inc., and HealthAllies, Inc. (collectively, the "United Defendants"), by and through their respective counsel, hereby stipulate to extend all case deadlines by 45 days, or the nearest day thereafter in the event that a deadline falls on a weekend or holiday so as to allow MD247 to engage new counsel without prejudicing any party.

1. On August 1, 2013, this Court held an Initial Case Management Conference, during which counsel for MD247 informed the Court that DLA Piper LLP (US) had been retained to attempt to efficiently resolve this matter for MD247 and, that in the event the parties were unable to reach a quick resolution, MD247 would likely have to engage other counsel due to its poor financial health.

2. Following the Initial Case Management Conference, this Court issued Civil Minutes in which it ordered the parties to meet and confer regarding a Motion for Summary Judgment on the limited issue of vicarious liability that the United Defendants contemplate filing and noted that Plaintiff's motion for class certification must be filed by May 7, 2014.  (Civil Minutes, Dkt. # 40.)

3. Since then, MD247 and Plaintiff have been unable to resolve the litigation.

4. On September 20, 2013, Plaintiff electronically served First Sets of Interrogatories and Requests for Production of Documents on MD247 and the United Defendants, and served 30(b)(6) Notices of Deposition on MD247 and the United Defendants on September 24, 2013.

5. On September 24, 2013, the United Defendants electronically served their First Set of Requests for Production of Documents on MD247 and electronically served a First Set of Interrogatories on MD247 on September 27, 2013.  The United Defendants also served a First Set of Requests for Production of Documents on Plaintiff on September 26, 2013.

6. On October 9, 2013, and after receiving a discounted estimate of the cost to respond to outstanding discovery, MD247 confirmed that it was terminating DLA Piper and actively looking for new less expensive counsel because it cannot afford to have DLA Piper respond to outstanding discovery.

7. Apart from stipulating to extend response dates to Plaintiff's Complaint, the parties have not previously extended – or sought to extend – any deadlines.

8. Since October 10, 2013, and in light of MD247 seeking new counsel, MD247, the United Defendants, and Plaintiff have been negotiating the extension of discovery response deadlines as well as other dates in the litigation.

So as to allow MD247 to retain less expensive counsel who will respond to outstanding discovery, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

- All response dates for any outstanding discovery are extended by 45 days from their current due date for all parties.
- The parties will meet and confer at a later date regarding any dispositive motion the United Defendants may file as to the issue of vicarious liability and will file a proposed briefing order with the Court thereafter.
- The following proposed dates set out in the parties' Joint Case Management Statement (Dkt. # 37) and in the Court's Minute Entry following the Case Management Conference (Dkt. # 40), be modified as follows, and that the Court enter an order adopting these dates:

| EVENT | DEADLINE |
| --- | --- |
| *Deadline to File Motions to Join Parties or Amend Pleadings*: | December 9, 2013 |
| *Fact Discovery Cut-Off*: | June 16, 2014 |
| *Deadline to File Motion for Class Certification and all supporting materials*: | June 23, 2014 |
| *Deadline to File Opposition to Class Certification and all supporting materials*: | August 18, 2014 |

WEST\244014897.1

| EVENT | DEADLINE |
|---|---|
| *Deadline for Reply in Support of Motion for Class Certification (no new evidence may be filed with this brief)*: | September 8, 2014 |
| *Deadline for Plaintiff to Serve Expert Witness Reports*: | September 23, 2014 |
| *Deadline for Defendants to Serve Expert Witness Reports*: | October 21, 2014 |
| *Deadline to Serve Rebuttal Expert Witness Reports*: | November 4, 2014 |
| *Expert Discovery Cut-Off*: | December 12, 2014 |
| *Deadline to File Dispositive Pretrial Motions*: | December 12, 2014 |
| *Pretrial Conference*: | February 2015 |
| *Motion in Limine Hearing Date*: | TBD |

Dated: October 23, 2013

DLA PIPER LLP (US)

By: /s/ Esteban Morales
    Perrie Weiner
    Joshua Briones
    Esteban Morales
    Attorneys for Defendant
    MD247.COM, INC.

| | |
|---|---|
| Dated:  October 23, 2013 | HOGAN LOVELLS US LLP |

By: /s/ Adam K. Levin
Robert B. Hawk
Stacy R. Hovan
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Mitchell E. Zamoff (pro hac vice)
Adam K. Levin (pro hac vice)
Carolyn A. DeLone (pro hac vice)
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5919
mitch.zamoff@hoganlovells.com
adam.levin@hoganlovells.com
carolyn.delone@hoganlovells.com

Attorneys for Defendants
UNITEDHEALTH GROUP, INC.,
OPTUM, INC. and HEALTHALLIES,
INC.

DLA Piper LLP (US)

WEST\244014897.1

-5-

| | | |
|---|---|---|
| 1 | Dated: October 23, 2013 | EDELSON LLC |
| 3 | | By: /s/ Ari J. Scharg |
| | | Jay Edelson |
| | | Rafey S. Balabanian |
| | | Christopher Dore |
| | | Benjamin H. Richman |
| | | Ari J. Scharg (pro hac vice) |
| | | 350 North LaSalle Street, Suite 1300 |
| | | Chicago, IL 60654 |
| | | jedelson@edelson.com |
| | | brichman@edelson.com |
| | | cdore@edelson.com |
| | | rbalabanian@edelson.com |
| | | ascharg@edelson.com |
| | | |
| | | Sean P. Reisi |
| | | THE REIS LAW FIRM, APC |
| | | 30021 Thomas Street, Suite 300 |
| | | Rancho Santa Margarita, CA 92688 |
| | | sreis@reisfirm.com |
| | | |
| | | Attorneys for Plaintiff |
| | | SUZAN MENDOZA |

DLA Piper LLP (US)

WEST\244014897.1

-6-