PERRIE M. WEINER (SBN 134146)
perrie.weiner@dlapiper.com
JOSHUA M. BRIONES (SBN 205293)
joshua.briones@dlapiper.com
ESTEBAN MORALES (SBN 273948)
esteban.morales@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
Telephone:  310.595.3000
Facsimile:  310.595.3300

Attorneys for Defendant
MD247.COM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SUZAN MENDOZA, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation; OPTUM, INC., a Delaware corporation; HEALTHALLIES, INC., a Delaware corporation; and MD247.COM, INC., a Florida corporation<br><br>Defendants. | CASE NO.  13-cv-01553-PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ALL CASE DEADLINES** AS MODIFIED BY THE COURT<br><br>Honorable Phyllis J. Hamilton |

-1-

DLA Piper LLP (US)

WEST\244014898.1

Having considered the stipulation of Defendant MD247.com, Inc., Defendants UnitedHealth Group Incorporated, Optum, Inc., and HealthAllies, Inc., and Plaintiff Suzan Mendoza, and finding GOOD CAUSE therefore, the Court hereby orders that:

The following dates are adopted:

| EVENT | DEADLINE |
|---|---|
| *Deadline to File Motions to Join Parties or Amend Pleadings*: | December 9, 2013 |
| *Fact Discovery Cut-Off*: | June 16, 2014 |
| *Deadline to File Motion for Class Certification and all supporting materials*: | June 23, 2014 |
| *Deadline to File Opposition to Class Certification and all supporting materials*: | August 18, 2014 |
| *Deadline for Reply in Support of Motion for Class Certification (no new evidence may be filed with this brief)*: | September 8, 2014 |
| *Deadline for Plaintiff to Serve Expert Witness Reports*: | September 23, 2014 |
| *Deadline for Defendants to Serve Expert Witness Reports*: | October 21, 2014 |
| *Deadline to Serve Rebuttal Expert Witness Reports*: | November 4, 2014 |
| *Expert Discovery Cut-Off*: | December 12, 2014 |
| *Deadline to File Dispositive Pretrial Motions*: | December 12, 2014 |

| EVENT | DEADLINE |
|---|---|
| *Pretrial Conference*: | ~~February 2015~~ TBD |
| *Motion in Limine Hearing Date*: | TBD |

IT IS SO ORDERED.

Dated: 10/24/13



_____
Honorable Phyllis J. Hamilton
United States District Court Judge

WEST\244014898.1