1   Brian T. Hafter (State Bar No. 173151)
    LeClairRyan LLP
2   44 Montgomery Street, Eighteenth Floor
    San Francisco, California 94104
3   Telephone:  (415) 391-7111
    Telefax:  (415) 391-8766
4
    Attorneys for Defendant
5   MD247.COM, INC.

6

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  SUZAN MENDOZA, individually and on        Case No.: CV 13 1553 JCS
    behalf of all other similarly situated,
12
                    Plaintiff(s),             SUBSTITUION OF COUNSEL AND
13                                            [PROPOSED] ORDER
            v.
14
    UNITEDHEALTH GROUP
15  INCORPORATED, a Minnesota corporation,
    OPTUM, INC., a Delaware corporation,
16  HEALTHHALLIES, INC., a Delaware
    corporation, and MD247.COM, INC., a
17  Florida corporation

18                  Defendant(s).

19

20  TO THE COURT AND ALL COUNSEL OF RECORD:

21          PLEASE TAKE NOTICE that Defendant MD247.COM, INC. hereby substitutes Brian T.

22  Hafter of LeClairRyan LLP as its counsel of record in place of DLA Piper LLP (USA).  Mr.

23  Hafter's contact information is:

24          Brian T. Hafter
            LeClairRyan LLP
25          44 Montgomery Street, Eighteenth Floor
            San Francisco, California 94104
26          Telephone:  (415) 391-7111
            Telefax:  (415) 391-8766
27          Email:  brian.hafter@leclairryan.com

28

                        SUBSTITUION OF COUNSEL

I consent to this substitution.

Dated: _October 30_, 2013

On behalf of Defendant MD247.COM, INC.

Dated: _____, 2013

On behalf of LeClairRyan LLP, new counsel

Dated: _____, 2013

On behalf of DLA Piper LLP (USA), former counsel

SUBSTITUION OF COUNSEL

I consent to this substitution.

Dated: _____, 2013

_____
On behalf of Defendant MD247.COM, INC.

Dated: _____, 2013

_____
On behalf of LeClairRyan LLP, new counsel

Dated: October 31, 2013

_____
Esteban Morales
On behalf of DLA Piper LLP (USA), former
counsel

SUBSTITUION OF COUNSEL

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

Dated: _____November 6_____, 2013

UNITED STATES DISTRICT COURT JUDGE

---

SUBSTITUION OF COUNSEL

3

**CERTIFICATE OF FILING**

I hereby certify that on **November 4, 2013**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants:

Sean R. Reis
The Reis Law Firm, A.P.C.
30021 Tomas Street, suite 300
Rancho Santa Margarita, CA 92688
(949) 713-9440
sreis@riesfirm.com


Jay Edelson
Rafey S. Balabanian
Christopher Dores
Benjamin H. Richman
Edelson LLC
350 North LaSalle St., Suite 1300
Chicago, IL 60654
jedelson@edelson.com
rabalabanian@edelson.com
cdore@edelson.com
brichman@edelson.com

By:  /s/ Brian T. Hafter

BRIAN T. HAFTER
STEFANI M. SALT
Attorneys for Plaintiff
MOTIV POWER SYSTEMS, INC.
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
Brian.hafter@leclairryan.com

1