1   Brian T. Hafter (State Bar No. 173151)
    Stefani Salt (State Bar No. 280403)
2   LeClairRyan LLP
    44 Montgomery Street, Eighteenth Floor
3   San Francisco, California 94104
    Telephone: (415) 391-7111
4   Telefax: (415) 391-8766
    Brian.hafter@leclairryan.com
5   Stefani.salt@leclairryan.com

6   Mitchell N. Roth (pro hac vice)
    Karen A. Doner (pro hac vice)
7   Roth Doner Jackson, PLC
    8200 Greensboro Dr., Suite 820
8   McLean, VA  22102
    Phone (703) 485-3535, Fax (703) 485-3525
9   mroth@rothdonerjackson.com;
    kdoner@rothdonerjackson.com
10

    Attorneys for Defendant
11  MD247.COM, INC., a Florida corporation

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15  SUZAN MENDOZA, individually and on          Case No.: CV 13 1553 PJH
    behalf of all other similarly situated,
16                                               **[PROPOSED] ORDER GRANTING**
                  Plaintiff(s),                  **DEFENDANT MD247.COM, INC.'S**
17                                               **MOTION FOR ADMINISTRATIVE**
           v.                                    **RELIEF TO STAY DISCOVERY**
18
    UNITEDHEALTH GROUP
19  INCORPORATED, a Minnesota corporation,
    OPTUM, INC., a Delaware corporation,
20  HEALTHHALLIES, INC., a Delaware
    corporation, and MD247.COM, INC., a
21  Florida corporation
22                Defendant(s).
23

24        Having reviewed Defendant MD247.Com, Inc.'s motion for administrative relief to stay

25  discovery, and any opposition filed in response thereto, the Court hereby GRANTS Defendant's

26  motion.  Discovery is hereby STAYED pending the outcome of Defendant's Motion to Stay

27  (filed on November 27, 2013 and scheduled for hearing on January 8, 2014).

28

---

1      IT IS SO ORDERED.

2   Dated: December ___, 2013

3                                              _____
                                               UNITED STATES DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF FILING

I hereby certify that on **December 4, 2013**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants:

Sean R. Reis, Esq.
THE REIS LAW FIRM, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
(949) 713-9440
sreis@reisfirm.com

Jay Edelson, Esq.
Rafey S. Balabanian, Esq.
Christopher Dores. Esq.
Benjamin H. Richman, Esq.
EDELSON LLC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

jedelson@edelson.com
rabalabanian@edelson.com
cdore@edelson.com
brichman@edelson.com

Stefan Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S. Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
law@stefancoleman.com

*Attorneys for Plaintiff and the Putative Class*

Mitchell E. Zamoff, Esq.
Robert B. Hawk, Esq.
Stacy R. Hovan, Esq.
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301
mitch.zamoff@hoganlovells.com
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Adam K. Levin, Esq.
Carolyn Anne DeLone, Esq.
HOGAL LOVELLS US LLP
555 13th St. NW
Washington, D.C. 20004
adam.levin@hoganlovells.com

*Attorneys for Co-Defendants UnitedHealth Group, Inc., Optum, Inc. and HealthAllies, Inc.*

By: /s/ Brian T. Hafter
Brian T. Hafter
Stefani M. Salt
Attorneys for Defendant
MD247.Com, Inc.
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
Brian.hafter@leclairryan.com

[PROPOSED] ORDER GRANTING DEFENDANT MD247.COM, INC.'S MOTION FOR ADMINISTRAIVE RELIEF TO STAY DISCOVERY