Brian T. Hafter (State Bar No. 173151)
Stefani Salt (State Bar No. 280403)
LeClairRyan LLP
44 Montgomery Street, Eighteenth Floor
San Francisco, California 94104
Telephone: (415) 391-7111
Telefax: (415) 391-8766
Brian.hafter@leclairryan.com
Stefani.salt@leclairryan.com

Mitchell N. Roth (pro hac vice)
Karen A. Doner (pro hac vice)
Roth Doner Jackson, PLC
8200 Greensboro Dr., Suite 820
McLean, VA  22102
Phone (703) 485-3535, Fax (703) 485-3525
mroth@rothdonerjackson.com;
kdoner@rothdonerjackson.com

Attorneys for Defendant
MD247.COM, INC., a Florida corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZAN MENDOZA, individually and on behalf of all other similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation, OPTUM, INC., a Delaware corporation, HEALTHHALLIES, INC., a Delaware corporation, and MD247.COM, INC., a Florida corporation<br><br>Defendant(s). | Case No.: CV 13 1553 PJH<br><br>**DEFENDANT MD247.COM, INC.'S NOTICE OF WITHDRAWAL MOTION** |

PLEASE TAKE NOTICE that defendant MD247.COM, INC. is withdrawing the following motion "Defendant MD247.COM, INC.'S Notice Of Motion And Motion For Administrative Relief To Stay Discovery; Memorandum Of Points And Authorities In Support Thereof; Declaration Of Karen A. Doner In Support Thereof.

Dated: December 9, 2013

By: /s/ Brian T. Hafter
Brian T. Hafter
Stefani M. Salt
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
Brian.hafter@leclairryan.com
Stefani.salt@leclairryan.com

And

Mitchell N. Roth (pro hac vice)
Karen A. Doner (pro hac vice)
Roth Doner Jackson, PLC
8200 Greensboro Dr., Suite 820
McLean, VA 22102
Phone (703) 485-3535, Fax (703) 485-3525
mroth@rothdonerjackson.com;
kdoner@rothdonerjackson.com

Attorneys for Defendant
MOTIV POWER SYSTEMS, INC.

# CERTIFICATE OF FILING

I hereby certify that on **December 9, 2013**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants:

Sean R. Reis, Esq.
THE REIS LAW FIRM, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
(949) 713-9440
sreis@reisfirm.com

Jay Edelson, Esq.
Rafey S. Balabanian, Esq.
Christopher Dores. Esq.
Benjamin H. Richman, Esq.
EDELSON LLC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

jedelson@edelson.com
rabalabanian@edelson.com
cdore@edelson.com
brichman@edelson.com

Stefan Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S. Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
law@stefancoleman.com

*Attorneys for Plaintiff and the Putative Class*

Mitchell E. Zamoff, Esq.
Robert B. Hawk, Esq.
Stacy R. Hovan, Esq.
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301
mitch.zamoff@hoganlovells.com
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Adam K. Levin, Esq.
Carolyn Anne DeLone, Esq.
HOGAL LOVELLS US LLP
555 13th St. NW
Washington, D.C. 20004
adam.levin@hoganlovells.com

*Attorneys for Co-Defendants UnitedHealth Group, Inc., Optum, Inc. and HealthAllies, Inc.*

By: /s/ Brian T. Hafter
Brian T. Hafter
Stefani M. Salt
Attorneys for Plaintiff
MOTIV POWER SYSTEMS, INC.
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
Brian.hafter@leclairryan.com