Sean P. Reis (SBN 184044)
sreis@edelson.com
EDELSON P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON P.C.
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

*Counsel for Plaintiff and the putative class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZAN MENDOZA, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation, OPTUM, INC., a Delaware corporation, HEALTHALLIES, INC., a Delaware corporation, and MD247.COM, INC., a Florida corporation,<br><br>      *Defendants*. | Case No. 4:13-cv-01553 (PJH)<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Judge: Honorable Phyllis J. Hamilton<br>Action Filed: April 5, 2013 |

| | |
|---|---|
| 1 | TO: The Clerk of the Court and all Parties of Record. |
| 2 | **PLEASE TAKE NOTICE THAT** effective October 24, 2013, Edelson LLC and Edelson |
| 3 | LLP have changed their names to Edelson P.C. All future references to the firm in this matter |
| 4 | should be to Edelson P.C. The firm's and its lawyers' addresses, phone numbers, facsimile numbers |
| 5 | and email addresses have not been affected by the name change and will remain the same |

<div style="margin-left:40%">

6     Respectfully submitted,

7     **EDELSON P.C.**,

8   By: /s/ Ari J. Scharg

9   Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com

10   Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com

11   Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com

12   Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com

13   EDELSON P.C.
350 North LaSalle Street, Suite 1300

14   Chicago, Illinois 60654
Telephone: (312) 589-6370

15   Fax: (312) 589-6378

16   SEAN P. REIS (SBN 184044)
sreis@edelson.com

17   EDELSON P.C.
30021 Tomas Street, Suite 300

18   Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

19   Fax: (312) 589-6378

20   *Counsel for Plaintiff and the putative class*

</div>

Dated: December 27, 2013

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Ari J. Scharg, an attorney, hereby certify that on December 27, 2013, I served the above and foregoing *Notice of Change of Firm Name*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 27th day of December 2013.

/s/  Ari J. Scharg