Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
Benjamin H. Richman
brichman@edelson.com
Christopher L. Dore
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Suzan Mendoza and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZAN MENDOZA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation, OPTUM, INC., a Delaware corporation, HEALTHALLIES, INC., a Delaware corporation, and MD247.COM, INC., a Florida corporation,<br><br>*Defendants*. | Case No. 4:13-cv-01553 (PJH)<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed: April 5, 2013 |

STIPULATION FOR WITHDRAWAL
OF SEAN P. REIS                                              CASE NO. 13-cv-01553-JSW

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Sean P. Reis, formerly an attorney with Edelson PC, is no longer associated with Edelson PC and hereby withdraws as counsel of record for Plaintiffs and the putative class. Mark Eisen of Edelson PC, an attorney in good standing with the California bar, will replace Sean P. Reis as local counsel of record for Plaintiffs. Attorneys Rafey S. Balabanian, Ari J. Scharg, Benjamin Richman, and Christopher L. Dore continue to represent Plaintiffs and the putative class in this action.

Respectfully submitted,

Dated: February 25, 2014         By:    s/ Sean P. Reis

Dated: February 25, 2014         By:    s/ Mark S. Eisen

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
Benjamin H. Richman
brichman@edelson.com
Christopher L. Dore
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Mark S. Eisen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: February 25, 2014   By:   s/ Mark S. Eisen
                                  Mark S. Eisen