Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Mendoza and the putative Class*

[Additional counsel appearing on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SUZAN MENDOZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, a Minnesota corporation, OPTUM, INC., a Delaware corporation, HEALTHALLIES, INC., a Delaware corporation, and MD247.COM, INC., a Florida corporation,<br><br>Defendants. | Case No. 13-cv-01553-PJH<br><br>**JOINT STATUS REPORT**<br><br>[Honorable Phyllis J. Hamilton]<br><br>Complaint Filed:  Apr. 5, 2013 |

Pursuant to the Court's Order dated January 6, 2014 (Dkt. 61), Plaintiff Suzan Mendoza ("Plaintiff") and Defendants UnitedHealth Group Inc. ("UHG"), Optum, Inc. ("Optum"), HealthAllies, Inc. ("HealthAllies"), and MD247.com ("MD247") (collectively, the "Parties") hereby submit the following Joint Status Report.

**JOINT STATUS REPORT**

Plaintiff filed her Class Action Complaint on April 5, 2013, asserting a claim against UHG, Optum, HealthAllies, and MD247 for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"). (Dkt. 1.)  On November 27, 2013, MD247 moved to stay this case pursuant to the doctrine of primary jurisdiction. (Dkt. 50.)  Plaintiff opposed.  On January 6, 2014, following full briefing, the Court granted MD247's motion and stayed this case pursuant to the doctrine of primary jurisdiction. (Dkt. 61.)  In conjunction with the stay, the Court ordered that "[n]o later than six months from the date of this order, the parties shall file a status statement with the court, advising as to the FCC's progress on resolving these issues." (*Id.* at 4.)

Since the Court issued its January 6 Order, the status of the three FCC Petitions referenced in the Court's decision remains unchanged.  In particular, the FCC Petitions filed by YouMail, Inc. ("YouMail"), the Professional Association for Customer Engagement ("PACE"), and Glide Talk, Ltd. ("Glide")—for which the FCC issued Public Notices seeking Comment on June 25, 2013, November 19, 2013, and December 2, 2013, respectively—remain pending.  The deadlines for comments and reply comments on the YouMail, PACE, and Glide Petitions closed on August 9, 2013, January 4, 2014, and January 21, 2014, respectively.

The FCC has concluded proceedings on the GroupMe, Inc. ("GroupMe") petition, another petition that was discussed in the briefing for MD247's motion to stay.  However, while the FCC issued its declaratory ruling on March 27, 2014, it did not address the present versus potential capacity issue because GroupMe filed a letter prior to the ruling narrowing its request to remove this issue from consideration.  *See In the Matter of GroupMe, Inc./Skype Commc'ns S.A.R.L Petition for Expedited Declaratory Ruling Rules & Regulations Implementing the Tel.*

*Consumer Prot. Act of 1991*, 59 Communications Reg. (P&F) 1554 n.2 (F.C.C. Mar. 27, 2014).

Plaintiff intends to imminently move this Court to lift the stay, or alternatively to temporally limit the stay, based on her view that the FCC has no intention of taking action on the present versus potential capacity issue.  Defendant MD247 will oppose any such motion citing that additional parties have since filed requests for clarification on the ATDS definition, making it even more likely that the FCC will address this issue promptly.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **EDELSON PC** |
| Dated: July 7, 2014 | By     /s/  Ari J. Scharg |
|  | Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com<br>Ari J. Scharg (Admitted *Pro Hac Vice*)<br>ascharg@edelson.com<br>Christopher L. Dore (Admitted *Pro Hac Vice*)<br>cdore@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|  | Mark Eisen (SBN - 289009)<br>meisen@edelson.com<br>EDELSON PC<br>555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013<br>Tel: 213.533.4100<br>Fax: 213.947.4251 |
|  | Stefan Coleman<br>LAW OFFICES OF STEFAN COLEMAN, LLC<br>201 S Biscayne Blvd, 28th Floor<br>Miami, Florida 33131<br>Tel: 877.333.9427<br>law@stefancoleman.com |
|  | *Attorneys for Plaintiff and the Putative Class* |
|  | **Hogan Lovells US LLP** |
| Dated: July 7, 2014 | By     /s/ Carolyn Anne DeLone |

|  |  |
|---|---|
| 1 | Adam K. Levin |
| 2 | adam.levin@hoganlovells.com |
|  | Carolyn Anne DeLone |
| 3 | carolyn.delone@hoganlovells.com |
|  | Hogan Lovells US LLP |
| 4 | 555 13th Street, NW |
|  | Washington, DC 20004 |
| 5 | Tel: 202.637.5600 |
|  | Fax: 202.637.5910 |

Mitchell E. Zamoff
mitch.zamoff@hoganlovells.com
Hogan Lovells US LLP
80 South Eighth Street, Suite 1225
Minneapolis, Minnesota 55402
Tel: 612.402.3030

Robert B. Hawk
robert.hawk@hoganlovells.com
Stacy R. Hovan
stacy.hovan@hoganlovells.com
Hogan Lovells US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Tel: 650.463.4008
Fax: 650.463.4199

*Attorneys for Defendants United Health Group, Inc., Optum, Inc., and HealthAllies, Inc.*

**Roth Doner Jackson, PLC**

Dated: July 7, 2014         By    /s/  Mitchell Neil Roth

Karen Ann Doner
kdoner@rothdonerjackson.com
Mitchell Neil Roth
mroth@rothdonerjackson.com
Roth Doner Jackson, PLC
8200 Greensboro Dr., Suite 820
McLean, Virginia 22102
Tel: 703.485.3536
Fax: 703.485.3525

Brian Ted Hafter
brian.hafter@leclairryan.com
LeClair Ryan LLP
44 Montgomery Street, 18th Floor
San Francisco, California 94104
Tel: 415.391.7111
Fax: 415.391.8766

*Attorneys for Defendant MD247.com*

-4-

## ATTESTATION OF FILER

Pursuant to Local Rule 5.1(i)(3) of the United States District Court, Northern District of California, I, Ari J. Scharg—the ECF User whose User ID and Password are used in the filing of this Joint Status Report—hereby attest that the concurrence to the filing of this document has been obtained from each of its signatories.

/s/ Ari J. Scharg

## CERTIFICATE OF SERVICE

I, Ari J. Scharg, an attorney, certify that on July 7, 2014, I caused the above and foregoing *Joint Status Report* to be served by causing true and accurate copies of such paper to be served on all counsel of record through the Court's CM/ECF system.

/s/  Ari J. Scharg